THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Preston Costa, Appellant.
 
 
 

Appeal From Beaufort County
 John C. Few, Circuit Court Judge
Unpublished Opinion No.  2009-UP-158
Submitted March 2, 2009  Filed March 31,
 2009
AFFIRMED

 
 
 
 Deputy Chief Defender for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Norman Mark Rapoport, all of Columbia; and Solicitor
 Issac McDuffie Stone, III, of Beaufort, for Respondent.
 
 
 

PER CURIAM:  Preston Costa appeals his conviction for armed robbery.  Costa alleges the
 trial court erred in excluding testimony from two witnesses corroborating
 Costas alibi defense.  We
 affirm pursuant to Rule 220(b), SCACR, and the following authority:  State v. Homewood, 241 S.C. 231, 242, 128 S.E.2d 98, 102-03 (1962) (holding the admissibility
 of testimony is largely within the discretion of the trial judge and his
 exercise thereof will not be disturbed on appeal unless there is an abuse of
 discretion).
AFFIRMED.[1]
HEARN, C.J., PIEPER and LOCKEMY, concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.